IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>MIDDLE DIVISION</u>

| | |
|---|---|
| MALCOLM M. FOMBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-BE-16-M |
| | ) |
| GWENDOLYN MOSLEY; ATTORNEY | ) |
| GENERAL FOR THE STATE OF ALABAMA, | ) |
| | ) |
| Defendants. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on February 2, 2007 recommending that the petition for writ of habeas corpus be dismissed as untimely. On February 20, 2007 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as untimely. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 1st day of March, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE